UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01549 JVS (RNBx) | Date | January 26, 2012 |
| Title | Cesar Davila v. Deutsche bank National Trust Co., et al. | | |

Present: The Honorable   James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

      **On December 19, 2011, the Court granted defendants' motion to dismiss without prejudice as to certain claims.   Plaintiff was granted 30 days to amend the complaint.    As of today, an amended complaint has not been filed.**

      **The Court hereby ORDERS plaintiff to show cause, in writing, not later than February 9, 2012,  why this action should not be dismissed for lack of prosecution.**

                                                                                                      : 00

Initials of Preparer    kjt