UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 11-01549 JVS (RNBx) | Date April 13, 2012 |
| Title Cesar Davila v. Deutshce Bank National Trust Co., et al. | |

Present: The Honorable  James V. Selna

| Karla Tunis | None Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

**On February 29, 2012, the Court granted the plaintiff until March 31, 2012 to file an amended complaint     As of today, an amended complaint has not been filed.**

**The Court hereby ORDERS plaintiff to show cause, in writing, not later than April 27, 2012,  why this action should not be dismissed for lack of prosecution.**

                                                                                                                  :   00

                                                    Initials of Preparer        kjt