SARAH L. OVERTON (CSB # 163810)
CUMMINGS, MCCLOREY, DAVIS, ACHO & ASSOCIATES, P.C.
3801 University Avenue, Suite 560
Riverside, CA  92501
(951) 276-4420
(951) 276-4405 facsimile
soverton@cmda-law.com
Attorneys for Defendants
the Honorable Alan H. Friedenthal,
Commissioner of the Superior Court of California,
County of Los Angeles, Bonnie Bogenberger,
Maria Salmeron and Steven Ryan

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR DAVILA,<br><br>    Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>    Defendants. | CASE NO.  SACV11-01549 JVS(RNBx)<br><br>JUDGMENT |

The motions to dismiss plaintiff's first amended complaint of defendants the Honorable Alan H. Friedenthal, Commissioner of the Superior Court of California, County of Los Angeles, Bonnie Bogenberger, Maria Salmeron, Steven Ryan, Leroy D. Baca, Sheriff of Los Angeles County, Eric G. Fernandez and Sean H. Bedrosian came regularly for hearing on August 6, 2012 before the Honorable James V. Selna.

1   After considering the papers in favor of, and in opposition to, the motions to
2  dismiss, and after arguments were heard and considered, the motions to dismiss the
3  plaintiff's first amended complaint as to defendants Honorable Alan H. Friedenthal,
4  Commissioner of the Superior Court of California, County of Los Angeles, Bonnie
5  Bogenberger, Maria Salmeron, Steven Ryan, Leroy D. Baca, Sheriff of Los Angeles
6  County, Eric G. Fernandez and Sean H. Bedrosian were granted and the complaint
7  dismissed with prejudice as to these defendants.
8   WHEREFORE, it is so ordered, adjudged, and decreed that the action be
9  dismissed and that defendants recover their costs of suit.

11  IT IS SO ORDERED:

13  Dated: _____
14  United States District Judge

**Cummings, McClorey, Davis, Acho & Associates, P.C.**
3801 University Avenue,
Suite560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

- 2 -

JUDGMENT

PROOF OF SERVICE
Davila v. Deutsche Bank National Trust Company, et al
CASE NO: SACV11-01549 JVS (RNBx)

I, the undersigned, declare as follows:

I am employed in the County of Riverside, State of California.  I am over the age of 18 years, and not a party to the within action.  I am an employee of or agent for Cummings, McClorey, Davis, Acho & Associates, P.C., 3801 University Avenue, Suite 560, Riverside, California 92501.

On August 13, 2012, I served the foregoing document(s): [PROPOSED] JUDGMENT on  the following party(ies) in this action addressed as follows:

CESAR DAVILA
15940 LAHEY STREET
GRANADA HILLS, CA 91344

[XX] (*BY MAIL*) I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Riverside, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day.  I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

[]      (*BY PERSONAL SERVICE*) I delivered each such document by hand to each addressee above.

[]      (*BY OVERNIGHT DELIVERY*) I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by **United Parcel Service®(UPS).**  I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to a courier or driver authorized by UPS to receive documents on the same date it is placed for collection.

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

JUDGMENT

1  [ ]   (*BY FACSIMILE*) By use of facsimile machine number (951) 276-4405, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above.  The transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

Executed on August 13, 2012, in Riverside, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/S/ Marsha Bradley

Marsha Bradley

Cummings, McClorey, Davis, Acho & Associates, P.C.
3801 University Avenue, Suite560
Riverside, CA 92501
Telephone (951) 276-4420
Facsimile (951) 276-4405

- 4 -

JUDGMENT